|  |  |
|---|---|
| 1 | Kevin S. Conlogue, SBN 285277 |
| 2 | (Kevin@LOKSC.com) |
|   | Ashley M. Conlogue, SBN 292083 |
| 3 | (Ashley@LOKSC.com) |
| 4 | **CONLOGUE LAW, LLP** |
|   | 292 S. La Cienega Blvd., Ste. 207 |
| 5 | Beverly Hills, CA 90211 |
| 6 | Tel:   (213) 255-8837 |
|   | Fax:  (213) 477-2069 |

Attorney for Plaintiffs
BRANDON PERNELL & KARLY BROWN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BRANDON PERNELL; KARLY BROWN, | Case No.: 2:22-cv-00157-DMG-JPR |
|---|---|
| Plaintiffs, | **PLAINTIFFS' NOTICE OF SETTLEMENT** |
| v. | |
| CITY OF LOS ANGELES; SGT. LOPEZ #36501; UNIDENTIFIED LAPD OFFICERS; DEFENSE INTERNATIONAL CORPORATION; and, GREYSTAR CALIFORNIA, INC., | |
| Defendants. | |

**TO THE COURT, THE PARTIES, AND THE ATTORNEYS OF RECORD:**

  Plaintiffs respectfully notify the Court that Plaintiffs and Defendants Los Angeles Police Department, Sergeant Lopez, Officer Diego Blanco, Officer Brian

Housos, Officer Kyle Lee, Officer Armando Hernandez, Officer Steven Manfro, and Officer Mark Perkowski (collectively "LAPD Defendants") reached a settlement of this matter as between them, which resolves the entire case. Upon satisfaction of certain settlement obligations over the coming weeks, Plaintiff will file a dismissal. Plaintiff respectfully requests that the Court vacate all deadlines as currently set.

Date: January 9, 2023         **CONLOGUE LAW, LLP**

By: /s/Ashley M. Conlogue
   Kevin S. Conlogue, Esq.
   Ashley M. Conlogue, Esq.
   Attorneys for Plaintiffs BRANDON PERNELL and KARLY BROWN