**HYDEE FELDSTEIN SOTO** City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney
**SCOTT MARCUS,** Chief Asst. City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900
Email: Cory.Brente@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, DIEGO BLANCO, ARMANDO HERNANDEZ, BRIAN HOUSOS, KYLE LEE, STEVEN MANFRO, MARK PERKOWSKI and HECTOR LOPEZ**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON PERNELL; KARLY BROWN,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF LOS ANGELES; SGT. LOPEZ #36501; UNIDENTIFIED LAPD OFFICERS; DEFENSE INTERNATIONAL CORPORATION; and, GREYSTAR CALIFORNIA, INC.,<br><br>*Defendants.* | CASE NO. CV22-00157 DMG (JPRx)<br>*Hon. Dolly M. Gee*<br>*Mag. Jean P. Rosenbluth*<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP 41(a)(1)** |

**TO THE ABOVE-ENTITLED COURT:**

**IT IS HEREBY STIPULATED** by and between the Plaintiffs **BRANDON PERNELL; KARLY BROWN,** on the one hand and Defendants **CITY OF LOS ANGELES, DIEGO BLANCO, ARMANDO HERNANDEZ, BRIAN HOUSOS, KYLE LEE, STEVEN MANFRO, MARK PERKOWSKI and HECTOR LOPEZ** on the other hand, through their attorneys of record, as follows:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-entitled action against Defendants **CITY OF LOS ANGELES, DIEGO BLANCO, ARMANDO HERNANDEZ, BRIAN HOUSOS,**

1

**KYLE LEE, STEVEN MANFRO, MARK PERKOWSKI and HECTOR LOPEZ** be dismissed, with prejudice, from this action.

Each party is to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

*IT IS SO STIPULATED.*

DATED:  07/12/23         CONLOGUE LAW, LLP

By: /s/ *Ashley Conlogue*
       **ASHLEY CONLOGUE, ESQ.**

*Attorneys for Plaintiffs*, **BRANDON PERNELL; and KARLY BROWN**

DATED: 7/10/23         **HYDEE FELDSTEIN SOTO**, City Attorney
**SCOTT MARCUS**, Chief Asst. City Attorney
**CORY M. BRENTE**, Senior Asst City Attorney

By: /s/       *Cory M. Brente*
       **CORY M. BRENTE**
       Senior Assistant City Attorney

*Attorneys for Defendants*, **CITY OF LOS ANGELES, DIEGO BLANCO, ARMANDO HERNANDEZ, BRIAN HOUSOS, KYLE LEE, STEVEN MANFRO, MARK PERKOWSKI and HECTOR LOPEZ**