1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA**

10

11 BRANDON PERNELL; KARLY BROWN,

12       *Plaintiffs,*

13     v.

14 CITY OF LOS ANGELES; SGT. LOPEZ #36501; UNIDENTIFIED LAPD
15 OFFICERS; DEFENSE INTERNATIONAL CORPORATION;
16 and, GREYSTAR CALIFORNIA, INC.,

17       *Defendants.*

18

CASE NO.  CV 22-157-DMG (JPRx)

**ORDER APPROVING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1) [152]**

19
20       Based on the parties' stipulation, and GOOD CAUSE appearing therefor,
21 IT IS HEREBY ORDERED that the above-captioned action against Defendants **CITY OF LOS ANGELES, DIEGO BLANCO, ARMANDO HERNANDEZ, BRIAN HOUSOS, KYLE LEE, STEVEN MANFRO AND MARK PERKOWSKI and HECTOR LOPEZ** is dismissed, *with prejudice*, in its entirety.  The parties shall bear their own costs and fees.  Plaintiffs' motion to reopen case [Doc. # 145] is DENIED as moot.
22
23
24
25
26

27 DATED:  July 17, 2023

28

          _____
          DOLLY M. GEE
          UNITED STATES DISTRICT JUDGE